F.#2013R00505

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 1 1 2014 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

– – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

ROBERT BANDFIELD,
           also known as "Bob Bandfield,"
ANDREW GODFREY,
KELVIN LEACH,
ROHN KNOWLES,
BRIAN DE WIT,
CEM CAN,
           also known as "Jim Can,"
IPC MANAGEMENT SERVICES, LLC,
IPC CORPORATE SERVICES INC.,
IPC CORPORATE SERVICES LLC,
TITAN INTERNATIONAL SECURITIES INC.,
LEGACY GLOBAL MARKETS S.A. and
UNICORN INTERNATIONAL SECURITIES LLC,

               Defendants.

<u>UNSEALING ORDER</u>

Docket No. <u>14-CR-476 (ILG)</u>

– – – – – – – – – – – – – – –X

        Upon the application of LORETTA E. LYNCH, United States Attorney for the

Eastern District of New York, by Assistant United States Attorneys Jacquelyn M. Kasulis and

Winston Paes, for an order unsealing the indictment and arrest warrants in the above captioned

matter.

WHEREFORE, it is ordered that the indictment and arrest warrants in the above captioned matter be unsealed.

Dated:    Brooklyn, New York
           September 9, 2014

s/Lois Bloom

HONORABLE LOIS BLOOM
EASTERN DISTRICT OF NEW YORK