F. #2013R00505

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE |
| - against - | 14 CR 476 (ILG) |
| ROBERT BANDFIELD, et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Please take notice that, in addition to Assistant United States Attorney Jacquelyn M. Kasulis, the United States is represented in the above-captioned case by Assistant United States Attorney Winston M. Paes.  The address for service of process for Mr. Paes is:

> United States Attorney's Office
> Eastern District of New York
> 271 Cadman Plaza East
> Brooklyn, New York 11201-1820
> Tel: (718) 254-6023
> Fax: (718) 254-7499
> Email: Winston.Paes@usdoj.gov

       The Clerk of the Court is respectfully requested to ensure that all future ECF notifications be sent to both Ms. Kasulis and Mr. Paes.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:        /s/
Winston M. Paes
Assistant U.S. Attorney
(718) 254-6023

Cc:   Clerk of the Court (ILG) (By ECF)
       Defense Counsel (By ECF)