**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**          DATE: **OCTOBER 10, 2014**          TIME: **11:30 a.m.**

DOCKET #: **CR-14-00476-01 (ILG)**          TITLE: *U.S.A. v. Robert Bandfield, et al.*

COURT REPORTER: **Fred Guerino**          DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____          AUSA: **Jacquelyn M. Kasulis - #6103**
                                   **Winston M. Paes - #**

DEF'T #1 NAME: **Robert Bandfield**          ATT'Y: **Michelle A. Gelernt, Esq. - LAS**
✓ Present  _ Not Present  ✓ In Custody          ✓ Present  _ Not Present

**CRIMINAL CAUSE FOR ARRAIGNMENT**

- ✔ **Case called.**
- ✔ **Defendant present with counsel Michelle A. Gelernt, Esq. AUSA Jacqueline M. Kasulis and AUSA Winston M. Paes present for the Government. Pretrial Services Officer Bianca Carter also present.**
- ✔ **Initial appearance for the defendant.**
- ✔ **The defendant is arraigned on the indictment and enters a plea of not guilty.**
- ✔ **A status conference is scheduled for 10/23/2014 at 10:30 a.m.**
- ✔ **The period between 10/10/2014 and 10/23/2014 is excluded, for the reasons stated on the record and in the interests of justice, from the calculation of the Speedy Trial Act time limits. The findings required by 18 USC 3161(h)(7)(A) are made on the record.**
- ✔ **The defendant is continued in custody.**

**TIME: 0/45**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**              DATE:   **OCTOBER 10, 2014**              TIME:   **11:30 a.m.**

DOCKET #: <u>CR-14-00476-01 (ILG)</u>              TITLE: <u>*U.S.A. v. Robert Bandfield, et al.*</u>

COURT REPORTER:    <u>**Fred Guerino**</u>              DEPUTY CLERK: <u>**Stanley Kessler**</u>

INTERPRETER: _____              AUSA: <u>**Jacquelyn M. Kasulis - #6103**</u>
                                                        <u>**Winston M. Paes - #**</u>

DEF'T #1 NAME: <u>**Robert Bandfield**</u>              ATT'Y: <u>**Michelle A. Gelernt, Esq. - LAS**</u>
✓ Present  _ Not Present  ✓ In Custody              ✓ Present  _ Not Present

<u>**CRIMINAL CAUSE FOR ARRAIGNMENT**</u>

✔ **Case called.**

✔ **Defendant present with counsel Michelle A. Gelernt, Esq.  AUSA Jacqueline M. Kasulis and AUSA Winston M. Paes present for the Government.  Pretrial Services Officer Bianca Carter also present.**

✔ **Initial appearance for the defendant.**

✔ **The defendant is arraigned on the indictment and enters a plea of not guilty.**

✔ **A status conference is scheduled for 10/23/2014 at 10:30 a.m.**

✔ **The period between 10/10/2014 and 10/23/2014 is excluded, for the reasons stated on the record and in the interests of justice, from the calculation of the Speedy Trial Act time limits.  The findings required by 18 USC 3161(h)(7)(A) are made on the record.**

✔ **The defendant is continued in custody.**


<u>**TIME: 0/45**</u>