## Federal Defenders
### OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 11201
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

*Eastern District*
Peter Kirchheimer
Attorney-in-Charge

October 23, 2014

**Via ECF, Email and By Hand**
The Honorable I. Leo Glasser
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>**United States v. Robert Bandfield  14 CR 476**</u>

Your Honor:

    I write on behalf of the defendant and with the consent of the government to request an adjournment of the status conference previously scheduled for October 23, 2014 to the week of December 1, 2014.

    The parties are engaged in plea negotiations which may lead to a resolution in this matter in advance of trial. The parties move for a finding that the adjournment be excluded from speedy trial calculations pursuant to 18 U.S.C. §3161(h)(7)(A).

    I thank the Court in advance for its consideration in this matter.

    Sincerely,

    /s/

    Michelle Gelernt, Esq.
    Counsel for Defendant
    (718) 330-1204

cc:    AUSA Winston Paes
       AUSA Jacqueline Kasulis
       Mr. Robert Bandfield