**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**           DATE: **DECEMBER 4, 2014**           TIME: **10:00 a.m.**

DOCKET #: **CR-14-00476-01 (ILG)**           TITLE: *U.S.A. v. Robert Bandfield, et al.*

COURT REPORTER: **Sherry Bryant**           DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____           AUSA: **Jacquelyn M. Kasulis - #6103**
                                    **Winston M. Paes - #6023**

DEF'T #1 NAME: **Robert Bandfield**           ATT'Y: **Michelle A. Gelernt, Esq. - LAS**
✓ Present   _ Not Present   ✓ In Custody           ✓ Present   _ Not Present

**CRIMINAL CAUSE FOR STATUS CONFERENCE**

- ✔ **Case called.**
- ✔ **Defendant Robert Bandfield present with counsel Michelle A. Gelernt, Esq. AUSA Jacqueline M. Kasulis and AUSA Winston M. Paes present for the Government.**
- ✔ **Status conference held.**
- ✔ **The Court designates this case as a complex case.**
- ✔ **Another status conference is scheduled for 2/4/2015 at 10:00 a.m.**
- ✔ **The period between 12/4/2014 and 2/4/2015 is excluded, for the reasons stated on the record and in the interests of justice, from the calculation of the Speedy Trial Act time limits. The findings required by 18 USC 3161(h)(7)(A) are made on the record.**
- ✔ **Copies of the judge's standard criminal pretrial order are given to counsel.**
- ✔ **The defendant is continued in custody.**

**TIME: 0/30**