```
                                                                  1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

 - - - - - - - - - - - - - X

 UNITED STATES OF AMERICA,       : 14-CR-00476(ILG)
                                 :
                                 :
                                 :
        -against-                : United States Courthouse
                                 : Brooklyn, New York
                                 :
                                 :
 ROBERT BANDFIELD,               : Thursday, December 4, 2014
                                 : 10:00 a.m.
            Defendant.           :
                                 :
                                 :

 - - - - - - - - - - - - - X

      TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
             BEFORE THE HONORABLE I. LEO GLASSER
              SENIOR UNITED STATES DISTRICT JUDGE

                    A P P E A R A N C E S:

For the Government: LORETTA E. LYNCH, ESQ.
                      United States Attorney
                      Eastern District of New York
                        271 Cadman Plaza East
                        Brooklyn, New York 11201
                    BY: JACQUELYN M. KASULIS, ESQ.
                        WINSTON M. PAES, ESQ.
                        Assistant United States Attorneys

For the Defendant:  FEDERAL DEFENDERS OF NEW YORK
                        One Pierrepont Plaza, 16th Floor
                        Brooklyn, New York 11201
                    BY: MICHELLE A. GELERNT, ESQ.

Court Reporter:     SHERRY J. BRYANT, RMR, CRR
                    225 Cadman Plaza East
                    Brooklyn, New York 11201
                    sbryant102@verizon.net

Proceedings recorded by mechanical stenography, transcript
produced by Computer-Assisted Transcript.


                     SHERRY BRYANT, RMR, CRR
```

1          (In open court.)

2          (Defendant enters courtroom.)

3          COURTROOM DEPUTY:  Criminal cause for status

4   conference, United States versus Robert Bandfield.

5          Counsel, please state your appearances for the

6   record.

7          MS. KASULIS:  Jacquelyn Kasulis and Winston Paes for

8   the United States.  Good morning, Your Honor.

9          MR. PAES:  Good morning, Your Honor.

10         MS. GELERNT:  Good morning, Your Honor, Federal

11  Defenders by Michelle Gelernt, G-e-l-e-r-n-t, for

12  Mr. Bandfield.

13         Your Honor, the government provided additional

14  discovery this morning in court.  And what we had contemplated

15  was asking the Court for a 60-day order of excludable delay to

16  give counsel time to review the discovery and engage in plea

17  negotiations.

18         I've also been informed by an attorney who has been

19  consulting with Mr. Bandfield that it's possible private

20  counsel will be stepping in or prepared to file a notice

21  sometime shortly after the new year.

22         In either case, I believe it's acceptable to adjourn

23  the case, if it's acceptable to the Court, for a 60-day period

24  to continue to engage in plea negotiations and review the

25  discovery.  And it's my understanding there is considerable

PROCEEDINGS 3

1  additional discovery that's yet to be disclosed.
2          MS. KASULIS:  That is all correct, Your Honor.  We
3  did provide additional discovery to Mr. Bandfield this
4  morning.  There is additional discovery, including wiretaps,
5  evidence along those lines, that we intend to produce on a
6  rolling basis.
7          We have been in plea negotiations.  Obviously, if
8  there is new counsel that needs to be substituted in, we will,
9  of course, continue those discussions with new counsel.
10         We are in agreement that a 60-day adjournment would
11 allow us to continue the plea negotiations and allow the
12 defense to have an opportunity to continue to review the
13 discovery in this case.
14         THE COURT:  Do you have a date?
15         COURTROOM DEPUTY:  February 4th at 10 a.m.
16         MS. KASULIS:  That works for the government, Your
17 Honor.
18         MS. GELERNT:  That's fine, Your Honor.  I would just
19 ask if the marshals could bring Mr. Bandfield directly to a
20 room.
21         THE COURT:  We'll adjourn this until February 4th at
22 10 a.m.  I'll exclude the intervening time.  Given the
23 observations which were made by counsel, it would appear that
24 this is a complex case.
25         MS. KASULIS:  Yes, Your Honor.

PROCEEDINGS 4

1    THE COURT:  And so I'll exclude the time pursuant to
2 3161, whatever the subdivision of that statute is for complex
3 cases, between now and February 4th.
4    If there's nothing further, thank you very much.
5    MS. GELERNT:  Thank you, Your Honor.
6    MS. KASULIS:  Thank you, Your Honor.
7    MR. PAES:  Thank you, Judge.
8    (Whereupon, the proceedings were adjourned at 10:07
9 a.m.)

SHERRY BRYANT, RMR, CRR

5

1    I certify that the foregoing is a correct
2    transcript from the record of proceedings in the
3    above-entitled matter.
4
5                    /s/    Sherry Bryant
                     Sherry Bryant, RMR, CRR
6                    Official Court Reporter