**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    - against -                                      14 CR 00476 (ILG)

ROBERT BANDFIELD, *et al*.

             Defendants.
-----------------------------------------------------------X

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Savannah Stevenson of Morvillo LLP, with offices located at 200 Liberty Street, 27th Floor, New York, New York 10281, hereby appears on behalf of defendant Robert Bandfield in the above-captioned case. The undersigned hereby requests that all papers in the above-captioned case be served upon the undersigned at the email address provided below.

I certify that I am admitted to practice before this Court.

Dated:  New York, New York
         March 2, 2015

                                          MORVILLO LLP

                             By:  /s/ Savannah Stevenson
                                    Savannah Stevenson

                                    200 Liberty Street
                                    27th Floor
                                    New York, New York 10281
                                    Tel: (212) 796-6342
                                    Fax: (212) 240-8267
                                    sstevenson@morvillolaw.com

                                    *Attorneys for Defendant Robert Bandfield*