# Exhibit 2

Dear Judge Glasser, 9th July, 2016

I am writing to provide some information on behalf of Robert Leroy Bandfield, my ex-husband, in the hope that you may take this into consideration when making your decision with regard to sentencing. My name is Barbara Bandfield, I am a 68 year old retired British Teacher, who now resides in England.

I first met Robert, or 'Bob' as I know him, in the Cayman Islands in 1989, where I was employed as a British Teacher at the Middle School and he was a Property Developer. When my contract finished in 1989, I returned to England and he returned to America, but our relationship continued and we married in 1990, when I moved to the United States. Robert wanted us to marry to provide a stable and respectable relationship for his two children, then aged 11 and 13 from his former marriage.

Robert came from a delightful and respectable family. Both his parents, who are now deceased, had their own business. Robert's sister has a Degree in Nursing, her deceased husband Dr. John Bischel was the Head Psychiatrist for Multnomah and Clackamas Counties in Oregon. Robert's former wife was also a Teacher. Upon leaving the University of Oregon, Robert qualified as a Dentist and became Dr. Robert Bandfield. For many years he had a thriving Dental Practice in British Colombia in Canada, where many of his friends were also Dentists.

Robert was always very supportive of his children, but unfortunately saw less of his children than he would have liked in their former years, because of the break-up of his marriage, the distance away from them and the long hours that he worked to provide for them financially. Upon returning to the United States in 1989, he made every attempt to include them in his life and upon marrying him, I understood just how important his children were to him.

I know Robert as a very caring, kind, generous and intelligent man, who is gifted in many ways. He is not an outwardly gushing and emotional man, but rather a quiet, thoughtful, intelligent man who did many acts of kindness to help people financially without them knowing, which was his way of caring and showing his emotions.

Unfortunately, due to the fact that I was unable to gain a Green Card to continue to teach in America and a few years into our marriage, my parents became seriously ill, I returned to England to care for them. Robert was very supportive

and understanding during this time.  As there was no other sibling to care for my parents but myself, when my father died of cancer, I stayed to care for my mother, who had successive strokes and was given my Teaching post back at my former school.  This put a strain on our marriage, so we amicably agreed to divorce in 2003.  However, Robert and I maintained our friendship and I have a very close relationship with his daughter.

To my knowledge Robert has always been well respected and liked by many people on both sides of the Continent.  He has used his skills to help people, especially in his Dental Practise, when he has given free dental care to patients who could not afford it.  He has a very generous nature and always saw the best in people and has a natural ability to help people in every walk of life.

He was the perfect gentleman within our marriage and I was shocked to hear of his present situation, which seems so out of character with the Robert that I knew.  He has always been an extremely hard-working man, who saw his role as providing well financially for his family.  Those were the values of his Father, that were passed onto Robert.

I know that Robert very much regrets what has come about and considering his age, a lengthy incarceration would cause him much hardship.  I hope that this letter will provide a picture of a different side to his character, which might not be evident to those who do not know him as well as I do.

Thank you for your time in considering this letter.

Yours sincerely,

/s Barbara Bandfield