PROB 12B
(4/8/15)SWPA

# UNITED STATES DISTRICT COURT
for
**EASTERN DISTRICT OF NEW YORK**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:   Robert Bandfield                     Case Number:   0207 1:14CR00476

Name of Sentencing Judicial Officer:   The Honorable Israel Leo Glasser, U.S. District Court Judge

Date of Original Sentence:   February 6, 2017

Original Offense:   **Count 3**:
MONEY LAUNDERING CONSPIRACY
18 U.S.C. § 1956(h), 18 U.S.C. § 1956(a)(1)
Not more than 20 years imprisonment/$250,000 fine
(Class C Felony)

Original Sentence:   72 Months Custody; 3 Years Supervised Release and $100 Special Assessment

Type of Supervision:   Supervised Release         Date Supervision Commenced:   November 30, 2019

## PETITIONING THE COURT

☐   To extend the term of supervision for years, for a total term of years.
☑   To modify the conditions of supervision as follows:

(1) You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. (2) You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer. (3) You must not make application for any loan, or enter into any residential or business lease agreement, without the prior approval of the probation officer. (4) If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty. (5) You must maintain a single checking account and/or savings account in your own name. You must deposit into this account all income, monetary gains or other pecuniary proceeds, and make use of this account for payment of all personal expenses. You must disclose all other accounts to the probation officer. (6) You must file true and accurate income tax returns to the Internal Revenue Service by the 15th of April each year, and you must submit a copy of that tax return to the probation officer as directed. (7) You must not work in any type of employment without the prior approval of the probation officer.

*Prob 12B - Request for Modifying the Conditions or Term of Supervision with Consent of the Offender*  *Page 2*
Robert Bandfield　　　　　　　　　PACTS:758251　　　　　　　Case Number: 0207 1:14CR00476

## CAUSE

Mr. Bandfield was sentenced by the Court on February 6, 2017, and is scheduled for release on November 30, 2019. He has proposed to reside with his sister, Charmayne Bischel, at 11761 SE 129th Avenue in Happy Valley, Oregon. The District of Oregon advised they will accept supervision of Mr. Bandfield if the above noted condition is added as a special condition of his supervised release. Mr. Banfield has agreed to the proposed modification and signed the attached Prob. 49.

Therefore, we respectfully request the Court modify the conditions of supervised release as noted.

Respectfully submitted,

*[signature]*

Andrew M. Jingeleski
U.S. Probation Officer
Date: August 16, 2017

Approved by,

*[signature]*

Edward Kanaley
Supervisory U.S. Probation Officer
Date: August 16, 2017

---

**THE COURT ORDERS:**
☐ No Action.
☐ The extension of supervision as noted above.
☑ The modification of conditions as noted above.
☐ Other

*[signature]*
_____
Signature of Judicial Officer

8/16/17
_____
Date