| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0207 1:14CR00476 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Eastern District Of New York | DIVISION |
|---|---|---|
| Robert Bandfield<br>11761 Southeast 129th Avenue<br>Happy Valley Oregon 97086 | NAME OF SENTENCING JUDGE Hon. I Leo Glasser, USDJ | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM Date Received | TO Date of Expiration |

OFFENSE
**Count 3**:
MONEY LAUNDERING CONSPIRACY
18 U.S.C. § 1956(h), 18 U.S.C. § 1956(a)(1)
Not more than 20 years imprisonment/$250,000 fine
(Class C Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   EASTERN   DISTRICT OF   NEW YORK

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Oregon   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____      _____
*Date*      *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   OREGON

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____      _____
*Effective Date*      *United States District Judge*