| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0207 1:14CR00476 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 3:19-cr-54-HZ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert Bandfield | Eastern District Of New York | |
| | NAME OF SENTENCING JUDGE | |
| | Hon. I Leo Glasser, USDJ | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM Date Received | TO Date of Expiration |

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ FEB 0 2019 ★ BROOKLYN OFFICE

**OFFENSE**

**Count 3:**
MONEY LAUNDERING CONSPIRACY
18 U.S.C. § 1956(h), 18 U.S.C. § 1956(a)(1)
Not more than 20 years imprisonment/$250,000 fine
(Class C Felony)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    NEW YORK

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Oregon  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2-4-19
Date

s/I. Leo Glasser, USDJ
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    OREGON

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/8/2019
Effective Date

Marco Hernandez
United States District Judge